Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | McKinley D. WOMACK |
| **Docket Number:** | 1:05CR00514 OWW |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 09/26/1996 |
| **Original Offense:** | 21 USC 841(b)(1)(A) - Conspiracy to Distribute Cocaine Base   (CLASS A FELONY) |
| **Original Sentence:** | 130 months BOP; 10 years Supervised Release; $50 special assessment; mandatory urinalysis testing |
| **Special Conditions:** | Shall not own, purchase or possess a firearm, ammunition or dangerous weapon |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 09/16/2005 |
| **Assistant U.S. Attorney:** | Unassigned |
| **Defense Attorney:** | Unassigned |
| **Other Court Action:** | |
| <u>**03/21/2003**</u>: | Probation 12B Modification submitted to the Court recommending the addition of the following special conditions: Warrantless search; substance abuse counseling/testing; abstain from alcohol. The following modification request was submitted by the undersigned in response to a prerelease investigation for the Central District |

RE:     **McKinley D. WOMACK**
        **Docket Number:  1:05CR00514  OWW**
        <u>**PETITION TO MODIFY THE CONDITIONS OR TERM**</u>
        <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

|  |  |
|---|---|
| | of Illinois.  On March 21, 2003, the Honorable Joe B. McDade, U. S. District Judge in the Central District of Illinois approved the recommended modification. |
| **11/29/2005**: | Submitted Violation Notification/Request for Transfer of Jurisdiction.  The undersigned provided notification to the Central District of Illinois that on November 20, 2005, the releasee was arrested by officers of the California Highway Patrol for Driving Under the Influence of an Intoxicant.  On November 29, 2005, the releasee reported to the U. S. Probation Office for a scheduled appointment.  The undersigned admonished the releasee for his violation conduct and advised him a letter would be submitted to the Central District of Illinois to provide notification of the violation conduct and to request transfer of jurisdiction. |
| **12/16/2005**: | Jurisdiction transferred from the Central District of Illinois (docket number 94-40022-003) to the Eastern District of California (docket number 1:05CR00514 OWW). |
| **12/18/2007**: | Probation 12A1 Report of Offender Non-Compliance submitted to advise the Court that the releasee had committed a new law violation and that he operated a Motor Vehicle While Under the Influence of an Intoxicant and Used a Controlled Substance, to wit: Cocaine.  Intervention was initiated by the U. S. Probation Office and a recommendation was submitted for no additional adverse actions.  On December 19, 2007, your Honor approved the recommendation. |

2

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:     McKinley D. WOMACK
        Docket Number:  1:05CR00514  OWW
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1.  The defendant shall reside and participate in a residential community corrections center, Turning Point for a period of 180 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b) (11).  The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:**   On July 3, 2008, the releasee appeared in Kern County Superior Court in reference to case number BM731927A, alleging violation of Penal Code Section 243(a) - Battery.  The releasee entered a plea of nolo contendere and the Court imposed 3 years probation and ordered fees and fines totaling $335.  On July 18, 2008, the releasee paid the fees and fines in full and provided verification to the U. S. Probation Office.

On September 21, 2008, the releasee was arrested by officers of the Bakersfield Police Department for Public Intoxication.  On October 15, 2008, the releasee appeared in Kern County Superior Court in reference to case number BM739220A, alleging violation of Penal Code Section 647(f) - Public Intoxication.  The defendant entered a plea of nolo contendere and was found guilty by the Court.  The Court denied probation and ordered a fine of $400.  The releasee is scheduled to pay the $400 fine, in full, on October 24, 2008, and was directed to provide verification to the U. S. Probation Office.

On October 4, 2008, the releasee was arrested for violation of California Vehicle Code Section 23152 - Driving While Under the Influence of an Intoxicant.  The releasee is currently out of custody pending a hearing on December 30, 2008, in reference to the alleged violation.

On October 6, 2008, the releasee reported to the U. S. Probation Office regarding his failure to comply with the conditions of his supervised release.  The undersigned admonished the releasee for

RE:     McKinley D. WOMACK
        Docket Number:  1:05CR00514  OWW
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

his failure to comply with the law and failing to abstain from alcohol.  The releasee admitted that he has relapsed with alcohol and is willing to participate in counseling to regain sobriety.  The undersigned reviewed the Waiver of Hearing to Modify the Conditions of Supervised Release to include a 180 day placement at the Turning Point, Community Corrections Center in Bakersfield, California.  The releasee signed and dated the form agreeing to the modification of his special conditions.

The releasee has maintained full-time employment with an oilfield drilling company for 3 years and is currently earning $23.55, per hour.  The releasee is compliant with reporting for scheduled appointments and submitting his Monthly Supervision Report forms.  The releasee's use of alcohol has adversely impacted his adjustment to the community and it is respectfully recommended the Court modify the conditions of supervised release requiring the releasee to participate in the Turning Point facility for 180 days.  While participating in the residential community corrections center the releasee will be required to participate in counseling and be subject to random breathalyzing tests.  The undersigned officer will coordinate case management with the releasee's case manager assigned at the facility.

                                        Respectfully submitted,

                                        /s/ Lonnie E. Stockton
                                        **LONNIE E. STOCKTON**
                                        **United States Probation Officer**
                                        Telephone:  (661) 861-4124

**DATED:**      October 23, 2008
                Bakersfield, California
                LES:ks

**REVIEWED BY:**        /s/ Thomas A. Burgess
                        **THOMAS A. BURGESS**
                        **Supervising United States Probation Officer**

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:    McKinley D. WOMACK
       Docket Number:  1:05CR00514  OWW
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

Dated:   **October 23, 2008**           **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE